**EXHIBIT A**

# CERTI-MED COLLECTIONS

PO Box 35, Kingsbury, Texas 78638
Telephone: 877.887.9085 • 210-694-8474  Fax: 866-903-8165

Tuesday, July 23, 2013

REDACTED

882 T7 ********AUTO**MIXED AADC 780
TO THE PARENTS OF A[REDACTED] D[REDACTED]

REDACTED

COUNTY CODE
[REDACTED]455

TOTAL AMOUNT OWED
**$535.00**

## WARNING NOTICE
## FORWARDED ON BEHALF OF YOUR MEDICAL SERVICE PROVIDER

THIS NOTICE AND ALL FURTHER STEPS UNDERTAKEN BY THIS AGENCY WILL BE IN COMPLIANCE WITH ALL APPLICABLE STATE AND FEDERAL LAWS.

TO THE PARENTS OF A[REDACTED] D[REDACTED], you have been identified as the responsible party for the past due amount of $535.00 to KRISHNA TURLAPATI, MD. These charges were not included in any bills you received directly from your physician and/or hospital, but were billed to you separately by our client, KRISHNA TURLAPATI, MD. If a claim has already been filed with your insurance company, it may have been denied or partially paid; therefore, the outstanding balance is your obligation. Please remit payment in the envelope provided enclosed or you are welcome to contact our customer service department to make payment or obtain further information.

Payment by major credit card or check by phone are acceptable methods of payment at this time. Customer service may be reached at 1.877.887.9085 or 210-694-8474, Monday thru Friday from 8am to 8pm, Saturday from 8am to 2 pm.

Unless you notify this office within thirty days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this office. If you, within thirty days after receipt of this notice, notify this office in writing that the debt or any portion thereof is disputed, this office will obtain verification of the debt or a copy of a judgment against you and mail it to you. Upon your written request, this office will also provide you with the name and address of the original creditor, if different from the current creditor.

You may pay online at www.cpsdata.com/pay. Use reference number [REDACTED]455

| MEDICAL SERVICES PROVIDER | | TOTAL |
|---|---|---|
| KRISHNA TURLAPATI, MD | | $535.00 |
| | TOTAL OWED | **$535.00** |

THIS HAS BEEN SENT TO YOU FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.
ALL INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

## CALIFORNIA

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

The State Rosenthal Fail Debt Collection Practices Act and the federal Fail Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8a.m. or after 9p.m. They may not harass you by using threats of violence or arrest or buy using obscene language. Collectors may not use false or misleading statements or call you at work if they know that you may not receive personal calls at work. For the most part, collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## COLORADO

Attention residents of Colorado:
Local Office: 80 Garden Center, Suite 3, Broomfield, CO 80020, 303-920-4763
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT
SEE WWW.COLORADOATTORNEYGENERAL.GOC/CA

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect a debt.
Colorado License # 988290

## IDAHO

TOLL FREE NUMBER 1-877-882-5153

## MAINE

Hours of operation are from 8 a.m.-8 p.m. Monday-Friday and from 8 a.m.-4 p.m. Saturday. All times are according to Central Standard Time.

## MASSACHUSETTS- *NOTICE OF IMPORTANT RIGHTS*

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY. HOURS OF OPERATION ARE FROM 8 A.M. TO 9 P.M. MONDAY-THURSDAY AND FROM 8 A.M.-5 P.M. FRIDAY (PACIFIC STANDARD TIME).

## NEW YORK CITY

New York City Department of Consumer Affairs License Number: 1158837

## NORTH CAROLINA

North Carolina Permit Number: 4239

## UTAH

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Presort First Class
U.S. Postage
PAID
San Antonio, TX
Permit No. 1001

IMPORTANT/CONFIDENTIAL

THE ADMINISTRATIVE OFFICES OF CERTI-MED
**RECORDS DIVISION**
P.O. BOX 35 KINGSBURY, TX 78638

TO BE OPENED BY ADDRESSEE ONLY!

**EXHIBIT B**

# Illinois Department of Financial & Professional Regulation

Manuel Flores, Acting Secretary

Pat Quinn, Governor

Para Español seleccione Spanish
为中国选择Chinese
Dla Polski wybierz Polish

Spanish

**Agency Quick Links**
IDFPR Home Page
Información Disponible En Español
License Look Up
Physician Profile
License Renewals
Latest News
Discipline Information
Consumers
Professionals
    **Information About**
IDFPR
Banking
Non-banking Financial Institutions
Professional Regulation
    **About IDFPR**
Contact Information
General FAQs
Boards & Committees
    Search IDFPR.com



Financial & Professional Regulation

Start a New Search

Printer Friendly View

**SEARCH FOR LICENSEE BY PROFESSION:**

THERE ARE 0 RECORDS WHOSE NAME CONTAINS: revenue security

The name, revenue security, was not found

*HINT: You might try searching on part of the name;*
*e.g. "tyre" instead of "McIntyre"*

**Express Access License Look-Up has been approved for use as a primary source for verification by The Joint Commission and the National Committee for Quality Assurance.**

NEW FEATURE: If the licensee **has multiple licenses** with the agency, "Multiple Licenses" will appear below the license number and information about their other licenses is available by clicking on the words "Multiple Licenses".

PLEASE NOTE: If the phrase "Chaperone Required" appears below the license status, the licensee can only practice with a chaperone present. You can click on the words "Chaperone Required" for more information.

If the "Ever Disciplined" column contains a "Y," there has been disciplinary action taken against this license. Click on the "Y" to view details of the disciplinary action. The Department regulates various professions and issues many licenses and registrations. As such it is possible that an individual could have a license in more than one profession. License Look-Up is limited to the specific profession you have inquired about. If you wish to view comprehensive reports in Adobe Acrobat format for disciplines that occurred after September 1996, click **HERE**. The Illinois Department of Professional Regulation publishes a monthly report detailing disciplinary action taken by the Department. Each Disciplinary Report is a listing of all licenses disciplined by the Department within a given month. The information includes the licensee's name, the discipline imposed and a brief description of the reason for the discipline. All **Monthly Disciplinary Reports** are accurate on the date of issuance or initial date of publication. However, disciplinary actions may be subject to further court orders that may stay, affirm, reverse, remand or otherwise alter Department disciplinary orders. Please note that discipline which has been reversed by court order will not appear in this summary of discipline.

Click **here** for definitions of the different types of disciplinary actions the Department may impose.

Click **here** for license status definitions.

**NOTE:** This license look-up is accurate for the current license status, but due to computer conversions, the original issuance date may be in error. If the issuance date shown is 01/01/1997, this is a computer generated date, not the original issuance date. For original issuance dates, please contact the Department.

| State of Illinois | Illinois Privacy Information | Privacy Statement | Accessibility | Contact IDFPR

# Illinois Department of Financial & Professional Regulation

Manuel Flores, Acting Secretary

Pat Quinn, Governor

Para Español seleccione Spanish
为中国选择Chinese
Dla Polski wybierz Polish

Spanish

Start a New Search

Printer Friendly View

**Agency Quick Links**
IDFPR Home Page
Información Disponible En Español
License Look Up
Physician Profile
License Renewals
Latest News
Discipline Information
Consumers
Professionals
  **Information About**
IDFPR
Banking
Non-banking Financial Institutions
Professional Regulation
  **About IDFPR**
Contact Information
General FAQs
Boards & Committees
  Search IDFPR.com



Financial & Professional Regulation

**SEARCH FOR LICENSEE BY PROFESSION:**

**THERE ARE 0 RECORDS WHOSE NAME CONTAINS: certi-med**

The name, certi-med, was not found

*HINT: You might try searching on part of the name;*
*e.g. "tyre" instead of "McIntyre"*

**Express Access License Look-Up has been approved for use as a primary source for verification by The Joint Commission and the National Committee for Quality Assurance.**

NEW FEATURE: If the licensee **has multiple licenses** with the agency, "Multiple Licenses" will appear below the license number and information about their other licenses is available by clicking on the words "Multiple Licenses".

PLEASE NOTE: If the phrase "Chaperone Required" appears below the license status, the licensee can only practice with a chaperone present. You can click on the words "Chaperone Required" for more information.

If the "Ever Disciplined" column contains a "Y," there has been disciplinary action taken against this license. Click on the "Y" to view details of the disciplinary action. The Department regulates various professions and issues many licenses and registrations. As such it is possible that an individual could have a license in more than one profession. License Look-Up is limited to the specific profession you have inquired about. If you wish to view comprehensive reports in Adobe Acrobat format for disciplines that occurred after September 1996, click **HERE**. The Illinois Department of Professional Regulation publishes a monthly report detailing disciplinary action taken by the Department. Each Disciplinary Report is a listing of all licenses disciplined by the Department within a given month. The information includes the licensee's name, the discipline imposed and a brief description of the reason for the discipline. All **Monthly Disciplinary Reports** are accurate on the date of issuance or initial date of publication. However, disciplinary actions may be subject to further court orders that may stay, affirm, reverse, remand or otherwise alter Department disciplinary orders. Please note that discipline which has been reversed by court order will not appear in this summary of discipline.

Click **here** for definitions of the different types of disciplinary actions the Department may impose.

Click **here** for license status definitions.

**NOTE:** This license look-up is accurate for the current license status, but due to computer conversions, the original issuance date may be in error. If the issuance date shown is 01/01/1997, this is a computer generated date, not the original issuance date. For original issuance dates, please contact the Department.

| State of Illinois | Illinois Privacy Information | Privacy Statement | Accessibility | Contact IDFPR